**U.S.A. vs. Dekwaan Leguez Boone**                           **Docket No. 7:21-CR-51-3M**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dekwaan Leguez Boone, who, upon an earlier plea of guilty to Brandishing Firearms During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c), 924(c)(1)(A)(ii), and 2, and Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 924(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on March 11, 2022, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for the period of four years.

Dekwaan Leguez Boone was released from custody on February 28, 2025, at which time the term of supervised release commenced.

On December 15, 2025, a Violation Report was submitted to the court advising that on December 9, 2025, Boone tested positive for marijuana use. It was also advised that since April 28, 2025, the defendant had made one payment of $150 and was in arrears five months totaling $250. The court agreed to continue supervision.

On May 11, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court. Additionally, the court was notified of a positive urinalysis provided by the defendant on March 24, 2026, and continued non-payment of his monetary obligation. Supervision was permitted to continue without modification.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant possessed marijuana, cocaine, oxycodone, and oxymorphone, as evidenced by a test conducted on May 21, 2026, which yielded positive results for these substances. Laboratory confirmation reports further verified the results. When confronted, Boone readily admitted to using marijuana, but denied knowingly using the other listed substances. Nevertheless, Boone was reprimanded for the violation conduct and expressed remorse. As Boone is actively engaged in outpatient substance abuse treatment, the frequency of attendance will be increased. Additionally, his participation in the Surprise Urinalysis Program has increased. As a result of Boone's violation conduct, it is respectfully recommended that he participate in Moral Reconation Therapy through Coastal Horizons Center in Wilmington, North Carolina, which will increase his likelihood of success on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** the supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office

**Dekwaan Leguez Boone**
**Docket No. 7:21-CR-51-3M**
**Petition for Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: June 4, 2026

## ORDER OF THE COURT

Considered and ordered this _4th_ day of _June_ , 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge